IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARLOS MANUEL SANTIAGO,       )
              Plaintiff,       )
                               )      **2:06cv482**
        vs.                    )      **Electronic Filing**
                               )
SCOTT D. KELLER, et al.,       )
              Defendants.      )

## O R D E R

AND NOW, this **11** day of May, 2006, after the plaintiff, Carlos Manuel

Santiago, filed an action in the above-captioned case, and after a Report and Recommendation

was filed by the United States Magistrate Judge granting the parties ten days after being served

with a copy to file written objections thereto, and no objections having been filed, and upon

independent review of the record, and upon consideration of the Magistrate Judge's Report and

Recommendation (Document No. 4), which is adopted as the opinion of this Court,

IT IS ORDERED that the complaint (Document No. 3) is treated as a habeas

corpus petition and is transferred to the United States District Court for the Eastern District of

Pennsylvania forthwith.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of

Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty

(30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

David Stewart Cercone
United States District Judge

cc:    Honorable Robert C. Mitchell
United States Magistrate Judge

Carlos Manuel Santiago
CL-8102
SRCF Mercer
801 Butler Pike
Mercer, PA 16137